

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EIS DEVELOPMENT II, LLC,<br>　　　　　Appellant,<br><br>v.<br><br>BUENA VISTA AREA ASSOCIATION,<br>LANCE W. HALL snf HEATHER R. HALL,<br>JASON PAUL SMITHEY, DAVID W.<br>MOLENGRAAF and KIMBERLEY K.<br>MOLENGRAAF, ALEXANDER E.W.J.<br>SCHINDLER and ANGELA R.<br>SCHINDLER, as individuals<br><br>　　　　　Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-22-00006-CV<br><br>Appeal from the<br><br>40th District Court<br><br>of Ellis County, Texas<br><br>(TC# 104809) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below and its permanent injunction against EIS. We further order that Appellant or sureties and Appellees each pay their respective one-half (1/2) of costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF MARCH, 2023.


YVONNE T. RODRIGUEZ, Chief Justice


Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)